NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN ANDREW STETINA, )
)
        Appellant, )
)
v. )     Case No. 2D18-506
)
STATE OF FLORIDA, )
)
        Appellee. )
)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Charlotte County; George Richards,
Judge.

Howard L. Dimmig, II, Public
Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

PER CURIAM.

      Affirmed.

NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.